E-FILED: 06-18-2014

JS-6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHLEEN R. UNGER (Cal. Bar No. 272279)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:   (213) 894-8341
    Facsimile:   (213) 894-7819
    E-mail:   kathleen.unger@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AUDRIA JONES and WILLIAM HUBBARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 10,<br><br>    Defendants. | No. CV 13-08506 PSG (JEMx)<br><br>~~[PROPOSED]~~ **ORDER DISMISSING ACTION**<br><br>Hon. Philip S. Gutierrez |

Pursuant to the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims filed in the above-titled action by and between plaintiffs Audria Jones and William Hubbard and defendant United States of America,

**IT IS HEREBY ORDERED**:

1. Plaintiffs' action is dismissed with prejudice in its entirety; and
2. Each party shall bear her, his, or its own costs of suit and attorney's fees.

Dated: June 18, 2014         PHILIP S. GUTIERREZ
                             Honorable Philip S. Gutierrez
                             UNITED STATES DISTRICT JUDGE